Frank Morris II
MD Bar #023091
Attorney for Debtor
8201 Corporate Drive
Suite 260
Hyattsville, MD 20785
301-731-1000
frankmorrislaw@yahoo.com

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re: : | |
| : | |
| **UPTOWN HOLDINGS, LLC** : | Case No. 23-00242-ELG |
| : | (Chapter 11) |
| : | |
| Debtor(s) : | |

### MOTION TO WITHDRAW APPEARANCE
### OF COUNSEL PURSUANT TO LBR 2091-1

**COMES NOW,** Frank Morris II, attorney for the debtor and moves this Honorable Court to withdraw his appearance and state the following as reasons:

1. On August 25, 2023 debtor representative presented in counsel office to pursue a chapter 11 bankruptcy petition on behalf of debtor to stop a foreclosure sale of real property.
2. That the foreclosure sale was scheduled for August 29, 2023.
3. That counsel filed the petition and stopped the foreclosure sale.
4. That debtor representative has failed to cooperate with counsel in the administration of this case.
5. That on October 23, 2023 and October 26, 2023 counsel emailed and mailed debtor a monthly operating report for September 2023 to review and endorse. The September 2023 monthly operating report was also mailed to debtor on October 27, 2023 and November 1, 2023.
6. That my staff also attempted to call debtor representative on October 23, 2023, October 26, 2023, October 27, 2023, November 1, 2023, November 2, 2023 and November 6, 2023 regarding the September 2023 Monthly Operating Report that was emailed and mailed to debtor on October 23, 2023, October 26, 2023, October 27, 2023 and November 1, 2023.
7. To date, November 10, 2023, the debtor representative has failed to return the September 2023 monthly operating report and has failed to communicate in any way with counsel.
8. That counsel has also texted and emailed debtor representative several times concerning the administration of this case without any response.
9. As a result of the debtor representative lack of cooperation and communication with counsel, counsel cannot continue to represent debtor effectively.
10. Counsel has attached a notice in compliance with Rule 2002-1.

**WHEREFORE,** Frank Morris II moves this Honorable Court to withdraw his appearance in this case.

/s/ Frank Morris II
Frank Morris II, Esquire
8201 Corporate Drive
Suite 260
Hyattsville, MD 20785
(301) 731-1000
MD#023091
frankmorrislaw@yahoo.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the ___10th___ day of November 2023, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Motion to Withdraw Appearance will be served electronically by the Court's CM/ECF system on the following:

Kristen S. Eustis, U.S. Trustee Office
Michael T. Freeman, Assistant U.S. Trustee
Harry W. Acevedo, U.S. Trustee Office
U.S. Trustee, USTPRegion04.DC.ECF@USDOJ.GOV

I hereby further certify that on the ___10th___ day of November, 2023, a copy of the Motion to Withdraw Appearance was also mailed first class mail, postage prepaid to:

All Creditors

All Interested Parties

/s/ Frank Morris II
FRANK MORRIS II, ESQUIRE