Label Matrix for local noticing
0090-1
Case 23-00242-ELG
United States Bankruptcy Court for the Distri
Washington, D.C.
Fri Sep  1 17:35:57 EDT 2023

U. S. Trustee for Region Four
U. S. Trustee's Office
1725 Duke Street
Suite 650
Alexandria, VA 22314-3489

Uptown Holdings, LLC
3823 Pope Street, SE
Washington, DC 20020-2357

Washington, D.C.
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001-2802

DC Tax & Revenue
1101 4th Street, SW
Suite W270
Washington, DC 20024-4457

DC Water and Sewer Authority
P.O. Box 97200
Washington, DC 20090-7200

Russell S. Drazin, Esquire
Pardo Drazin, LLC
4400 Jenifer Street, NW
Suite 2
Washington, DC 20015-2089

Washington Capital Partners
8401 Greensboro Drive
Suite 960
Mc Lean, VA 22102-5149

Frank Morris II
Law Office of Frank Morris, II
8201 Corporate Dr.
Suite 260
Landover, MD 20785-2228

End of Label Matrix
Mailable recipients       8
Bypassed recipients       0
Total                     8