```
Label Matrix for local noticing      441 Kennedy ST NW ACDC, LLC           DC Office of Attorney General
0090-1                               c/o Dylan G. Trache                   DC Office of Attorney General
Case 23-00242-ELG                    Nelson Mullins Riley & Scarborough LLP 400 6th Street, N.W.
United States Bankruptcy Court for the Distri 101 Constitution Ave NW, Suite 900 Washington, DC 20001-0189
Washington, D.C.                     Washington, DC 20001-2133
Tue Dec 12 21:55:17 EST 2023

(p)DC WATER                          U. S. Trustee for Region Four         Uptown Holdings, LLC
ATTN COLLECTIONS DEPARTMENT          U. S. Trustee's Office                3823 Pope Street, SE
1385 CANAL STREET SE                 1725 Duke Street                      Washington, DC 20020-2357
WASHINGTON DC 20003-5015             Suite 650
                                     Alexandria, VA 22314-3489

WCP Fund I LLC                       Washington, D.C.                      DC GOV'T OFFICE OF TAX AND REVENUE
c/o Maurice B. VertSandig, Esq.      E. Barrett Prettyman U. S. Courthouse PO BOX 37559
The VerStandig Law Firm, LLC         333 Constitution Ave, NW #1225        WASHINGTON DC 20013-7559
1452 W. Horizon Ridge Pkwy           Washington, DC 20001-2802
#665
Henderson, NV 89012-4422

DC GOV'T OFFICE OF TAX AND REVENUE   DC Tax & Revenue                      DC Water and Sewer Authority
PO BOX 75520 WASHINGTON DC 20013     1101 4th Street, SW                   P.O. Box 97200
                                     Suite W270                            Washington, DC 20090-7200
                                     Washington, DC 20024-4457

Russell S. Drazin, Esquire           Washington Capital Partners
Pardo Drazin, LLC                    8401 Greensboro Drive
4400 Jenifer Street, NW              Suite 960
Suite 2                              Mc Lean, VA 22102-5149
Washington, DC 20015-2089
```

         The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
         by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
DC Water                             (d)DC Water
1385 Canal Street SE                 1385 Canal Street SE
3rd Floor                            Wahington, DC 20003
Washington DC, DC 20003
```

         The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)441 Kennedy ST NW ACDC, LLC       End of Label Matrix
c/o Dylan G. Trache                  Mailable recipients    13
Nelson Mullins Riley & Scarborough LLP Bypassed recipients   1
101 Constitution Avenue, NW, Suite 900 Total                 14
Washington, DC 20001-2133
```