

William Johnson <william@johnsonlg.law>

## Fwd: Pay.gov Payment Confirmation: Chapter 11 Quarterly Fee
1 message

**Marcus** <msands365@gmail.com>  Tue, Dec 19, 2023 at 1:14 PM
To: william@johnsonlg.law, wcjjatty@yahoo.com

Good afternoon,

Please see attached payment confirmation for 3 cases.

---------- Forwarded message ---------
From: <notification@pay.gov>
Date: Tue, Dec 19, 2023 at 1:12 PM
Subject: Pay.gov Payment Confirmation: Chapter 11 Quarterly Fee
To: <MSANDS365@gmail.com>

   An official email of the United States government



Your payment request has been submitted to the U.S. Trustee Program through Pay.gov and the details are below. To confirm that the payment processed successfully, refer to your bank account statement. If you have any questions you will need to contact the local U.S. Trustee Office for the case.

Application Name: Chapter 11 Quarterly Fee
Pay.gov Tracking ID: 27AA08SE
Agency Tracking ID: 76581773457

Account Holder Name: MARCUS SANDS
Transaction Type: ACH Debit
Transaction Amount: $750.00
Payment Date: 12/20/2023

Account Type: Personal Checking
Routing Number: 254070116
Account Number: ************0928

Transaction Date: 12/19/2023 01:12:23 PM EST
Total Payments Scheduled: 1
Frequency: OneTime

Line 1: Remittance #1 - Type: Business, Account: 9002300240, Name: Native Washingtonian Limited Liability Company, $250.00
Line 2: Remittance #2 - Type: Business, Account: 9002300241, Name: ActuarialEstate PLLC, $250.00
Line 3: Remittance #3 - Type: Business, Account: 9002300242, Name: Uptown Holdings LLC, $250.00
Line 4:
Line 5:
Line 6:

Line 7:
Line 8:
Line 9:
Line 10:

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

   Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service