**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| IN RE: | * | |
|    Uptown Holdings, LLC | * | Case No. 23-00242 |
|       Debtor. | * | (Chapter 11) |
| _____ | * | |

**PROPOSED ORDER-DEBTOR'S MOTION TO VACATE THE ORDER TO DISMISS THE BANKRUPTCY CASE**

**UPON CONSIDERATION** of Debtor's Motion to Vacate the Order to Dismiss the Bankruptcy Case and any opposition thereto, it is hereby,

**ORDERED**, Debtor's Motion to Vacate the Order to Dismiss the Bankruptcy Case is **GRANTED**.

Cc:

The Johnson Law Group, LLC
William C. Johnson, Jr., Esq.
6305 Ivy Lane
Suite 630
Greenbelt, Maryland 20770

Office of the U.S. Trustee
1725 Duke Street
Suite 630
Alexandria, VA 22314

All creditors on Mailing Matrix

1