```
Label Matrix for local noticing          441 Kennedy ST NW ACDC, LLC            DC Office of Attorney General
0090-1                                   c/o Dylan G. Trache                    DC Office of Attorney General
Case 23-00242-ELG                        Nelson Mullins Riley & Scarborough LLP 400 6th Street, N.W.
United States Bankruptcy Court for the Distri  101 Constitution Ave NW, Suite 900    Washington, DC 20001-0189
Washington, D.C.                         Washington, DC 20001-2133
Sun Dec 24 21:50:52 EST 2023

(p)DC WATER                              U. S. Trustee for Region Four          Uptown Holdings, LLC
ATTN COLLECTIONS DEPARTMENT              U. S. Trustee's Office                 3823 Pope Street, SE
1385 CANAL STREET SE                     1725 Duke Street                       Washington, DC 20020-2357
WASHINGTON DC 20003-5015                 Suite 650
                                         Alexandria, VA 22314-3489

WCP Fund I LLC                           Washington, D.C.                       DC GOV'T OFFICE OF TAX AND REVENUE
c/o Maurice B. VertSandig, Esq.          E. Barrett Prettyman U. S. Courthouse  PO BOX 37559
The VerStandig Law Firm, LLC             333 Constitution Ave, NW #1225         WASHINGTON DC 20013-7559
1452 W. Horizon Ridge Pkwy               Washington, DC 20001-2802
#665
Henderson, NV 89012-4422

DC GOV'T OFFICE OF TAX AND REVENUE       DC Tax & Revenue                       DC Water and Sewer Authority
PO BOX 75520 WASHINGTON DC 20013         1101 4th Street, SW                    P.O. Box 97200
                                         Suite W270                             Washington, DC 20090-7200
                                         Washington, DC 20024-4457

Russell S. Drazin, Esquire               Washington Capital Partners
Pardo Drazin, LLC                        8401 Greensboro Drive
4400 Jenifer Street, NW                  Suite 960
Suite 2                                  Mc Lean, VA 22102-5149
Washington, DC 20015-2089
```

               The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
               by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
DC Water                                 (d)DC Water
1385 Canal Street SE                     1385 Canal Street SE
3rd Floor                                Wahington, DC 20003
Washington DC, DC 20003
```

               The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)441 Kennedy ST NW ACDC, LLC           End of Label Matrix
c/o Dylan G. Trache                      Mailable recipients    13
Nelson Mullins Riley & Scarborough LLP   Bypassed recipients     1
101 Constitution Avenue, NW, Suite 900   Total                  14
Washington, DC 20001-2133
```